IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARLYLE SANDS,

        Petitioner,

        v.

T. BLEWETT,

        Respondent.

Case No. 2:20-cv-00120-JR

ORDER

RUSSO, Magistrate Judge.

    The Court GRANTS petitioner's Motion to Dismiss (ECF No. 27).

    IT IS SO ORDERED.

    DATED this 11 day of February, 2021.

                                          Jolie A. Russo  
                                          United States Magistrate Judge

1 - ORDER